**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

JAMES ANDERSON,

                  Plaintiff,

      v.

UNITED STATES DEPARTMENT OF
DEFENSE,

                  Defendant.

Case No. 24-cv-1916 (JMC)

## ORDER

For the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED**

that the Department's cross-motion for summary judgment, ECF 21, is **GRANTED**, and Plaintiff's

motion for summary judgment, ECF 18, is **DENIED**.

The Clerk of Court shall terminate this case.

This is a final appealable Order.

**SO ORDERED.**

                              _____
                              JIA M. COBB
                              United States District Judge

Date: March 27, 2026